UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISHIV, LLC,

                Plaintiff,

-against-

MT HAWLEY INSURANCE COMPANY,

                Defendant.

**ORDER**

23-cv-2727 (ER)

Ramos, D.J.:

      This action was transferred from the Middle District of Florida on March 31, 2023. Doc. 17. The Court held an initial conference on April 20, 2023. Min. Entry dated Apr. 20, 2023. At that conference, the Court notified the parties that the corporate plaintiff, Krishiv, LLC ("Krishiv"), must be represented by counsel in order to proceed, and it provided Krishiv four weeks to retain counsel. *Id.*; *see also Mercu-Ray Indus., Inc. v. Bristol-Myers Co.*, 392 F. Supp. 16, 18 (S.D.N.Y.) ("The law is absolutely clear that a corporation cannot appear *pro se* in federal court."), *aff'd sub nom. Mercu-Ray Indus., Inc. v. Bristol-Meyers Co.*, 508 F.2d 837 (2d Cir. 1974).

      The Court then held a subsequent status conference on May 24, 2023. *See* Min. Entry dated May 24, 2023. At that conference, the Court provided Krishiv an additional three weeks, until June 14, 2023, to retain new counsel and enter a notice of appearance on the docket. *Id.* The Court warned that failure to do so could lead to dismissal of the case. No notice of appearance was subsequently filed on behalf of Krishiv.

By Monday, July 31, 2023, Krishiv shall retain counsel and instruct its attorney to file a notice of appearance. Failure to do so will result in a dismissal. *See Steadman v. Citigroup Glob. Markets Holdings Inc.*, 592 F. Supp. 3d 230, 244 (S.D.N.Y. 2022) ("If a *pro se* corporate entity fails to secure counsel, despite ample notice of its need to do so, it will be deemed to have defaulted.") (citations omitted).

IT IS SO ORDERED.

Dated:  July 21, 2023
        New York, New York

                                                              _____
                                                              Edgardo Ramos, U.S.D.J.